IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | * | |
|     Plaintiff | * | |
| v. | * | CASE NO.: 8:12-cv-00094-jfm |
| JOHN DOES 1-10 | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO QUASH

Comes now, Defendant John Doe 8 ("Doe Defendant")[1], by and through counsel, and, pursuant to Fed. R. Civ. P. 20(a)(2) and 21, hereby submits the following Memorandum of Law in Support of its Motion to Quash the subpoena issued by Plaintiff Patrick Collins, Inc. to Doe Defendant's Internet Service Provider, Verizon Corporation, on January 17, 2012. Doe Defendant also respectfully moves the Court to be dismissed from the case. The basis for Doe Defendant's motion is misjoinder in violation of Fed. R. Civ. P. 20(a)(2).

The Defendant incorporates by reference the Memorandum of Law in Support of the Motion to Quash.

Respectfully submitted,

_____
Terrence C. McAndrews, Esquire
Bar Number 09365
McAndrews Whittaker, P.C.
9192 Red Branch Road, Suite 300
Columbia, MD  21045
(410) 997-4100
Attorneys for Doe Defendant No. 3

---

[1] Doe Defendant 8  is identified by  IP 72.81.222.191

1 | P a g e

## CERTIFICATE OF SERVICE

       I hereby certify that on this 21th day of February, 2012, I sent a copy of the foregoing Motion to Quash to the following:

Jon A. Hoppe, Esq.
Maddox, Hope, Hoofnagle & Hafey, LLC
1401 Mercantile Lane #105
Largo, Maryland 20774

                                          _____
                                          Terrence C. McAndrews, Esquire